UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00338-MOC

| | |
|---|---|
| **JOHN PAUL TROUGHTON,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Attorney's Fees Pursuant to EAJA. Having considered such motion and the Commissioner's Response, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on plaintiff's Motion for Attorney's Fees Pursuant to EAJA (#16) is GRANTED, the United States Social Security Administration shall pay attorney's fees in the amount of Six Thousand, Three Hundred And Fifty-One Dollars And 14 Cents ($6,351.14), in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under EAJA. Pursuant to the United States Supreme Court's decision in Astrue v. Ratliff, 130 S. Ct. 2521 (2010), these attorney's fees are payable to Plaintiff as the

1

prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government. If, subsequent to the entry of the Court's EAJA Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff. If, however, the Commissioner discovers that Plaintiff owes the government any debt subject to offset, the Commissioner shall pay any attorney fees remaining after such offset to Plaintiff, rather than to counsel.

Signed: February 6, 2015

Max O. Cogburn Jr.
United States District Judge